# EXAMINATION SHEET-CHAPTER 13
# FIRST MEETING OF CREDITORS

NAME: ROBERT M BLANKENSHIP  DATE: 11/05/2009

COUNSEL: ~~WARNER MENDENHALL ESQ~~  CASE NO: 09-54375

___ The First Meeting of Creditors has been concluded.

**X** The First Meeting of Creditors has been adjourned for the following reasons:

*Both to appear on 12/10/09*

**NOTICE**

If you and/or your attorney do not resolve the items below by *12/10/09 @ 11:00* the Trustee will ask the court to dismiss your case. Dismissal could result in state court foreclosure and garnishment of your wages. Under the new bankruptcy law, this case may be your only opportunity to save your home and reorganize your debt.

___ Debtor(s) did not appear                    ___ Attorney did not appear
___ Rescheduled by attorney                      ___ Chapter 13 payment
___ Tax returns                                  ___ Paystubs
**X** Financial statements — *pension statements*   ___ Proof of auto & homeowner's insurance
___ Trustee to review financial statements       ___ Bank Statements
___ Trustee filing motion to dismiss             ___ To allow the Trustee time to review, items must be filed by _____

**X** Schedules must be amended for: *Amend schedule A to lower property value to auditor's value of $109,260*

**X** Plan must be amended for: *reduce % to unsecured to 70% w/lower value on A — also need to list treatment of 1st & 2nd mtgs.*

___ Means test issues: _____

**X** *Get appraisal on property per Trustee — may be able to avoid 2nd mtg.*

HOLLY BYLER
Office of the Chapter 13 Trustee
330-762-6335 Ext. 223
hbyler@ch13akron.com
Please contact the person with questions regarding this form.

CHAPTER 13 TRUSTEE
KEITH L. RUCINSKI
One Cascade Plaza
SUITE 2020
AKRON, OHIO 44308

(330) 762-6335
FAX: (330) 762-7072

ATTORNEY FOR THE DEBTOR(S)       DEBTOR(S)

_____          DEBTOR(S)

White-Trustee, Canary-Attorney, Pink-Debtor